December 7, 2006

The Honorable Peter J. Messitte
District Judge
United States District Court
 for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

    RE:    *Child Evangelism Fellowship of Maryland, Inc. v. Montgomery County Public Schools*, Civil Action No. 8:03-cv-00162-PJM

Dear Judge Messitte:

    On behalf of all parties in the above-referenced case, this letter responds to the Court's request dated November 22, 2006, for counsels' understanding of the next steps to be taken in this case. Attached is a proposed Order to which all parties have agreed and would respectfully request the Court to enter as its Order in this case. Counsel agree that entry of the proposed Order will close the case except for determination of the amount of the award of attorneys' fees and costs to be paid by defendants to plaintiffs.

    On the matter of the attorneys' fees award, counsel agree that matters stand as follows. The proposed Order grants plaintiffs' request for an award of reasonable attorneys' fees and costs as the prevailing parties and directs plaintiffs to file a motion for attorneys' fees and costs within 30 days of entry of the Order. In other correspondence, counsel have agreed to try to reach a specific amount for the attorneys' fee award, using as a framework the formula provided by the Court to determine the prior attorneys' fee award entered by the Court on January 3, 2006. If counsel can agree on a specific amount before the second motion must be filed, counsel will instead propose an Order specifying the amount of the attorneys' fees award for the Court's consideration.

Honorable Peter J. Messitte
December 7, 2006
Page 2 of 2

    Counsel await the Court's further direction as to the above proposed steps. Plaintiffs' counsel is available to the Court by phone at (703) 642-1070, ext. 3504, by fax at (703) 642-1075, or by e-mail at saden@clsnet.org. Defendants' counsel is available to the Court by phone at (410) 740-4600, by fax at (410) 730-7729, or by e-mail at jsb@reese-carney.com.

Respectfully,

*/s/ Steven H. Aden*
Steven H. Aden
Counsel for Plaintiffs

Center for Law & Religious Freedom
Christian Legal Society
8001 Braddock Road
Suite 300
Springfield, VA 22151

*/s/ Judith S. Bresler*
Judith S. Bresler
Counsel for Defendants

Reese and Carney LLP
10715 Charter Drive
Suite 200
Columbia, MD 21044