IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHILD EVANGELISM FELLOWSHIP OF MARYLAND, INC., et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. PJM 03-162 |
| | * | |
| MONTGOMERY COUNTY PUBLIC SCHOOL, et al., | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER

WHEREAS, this matter is opened to the Court in accordance with the Mandate issued on September 1, 2006, by the United States Court of Appeals for the Fourth Circuit (Appeal No. 05-1508), the Judgment entered in the Court of Appeals dated August 10, 2006, and the Opinion filed therein on August 10, 2006 (reported at 457 F.3d 376);

WHEREAS, said Judgment and Opinion reversed this Court's March 24, 2005 Order, to the extent that it concerns the take-home flyer forum, denying Plaintiffs' motion for summary judgment, denying Plaintiffs' request for a permanent (or, in the alternative, preliminary) injunction, and granting Defendants' motion to dismiss, and remanded for further proceedings consistent with the Court of Appeals' Opinion;

WHEREAS, on August 30, 2006, the Defendant Board of Education of Montgomery County amended Policy CNA, *Informational Materials and Announcements*; and

WHEREAS, pursuant to amended Policy CNA, Plaintiffs, like all other nonprofit community organizations, shall be permitted to utilize the take-home flyer forum no less than two and no more than

four times per year; it is hereby

ORDERED:

1) Plaintiffs' motion for summary judgment is DENIED as moot;

2) Plaintiffs' request for a permanent or, in the alternative, preliminary injunction as to the take-home flyer is DENIED as moot;

3) Defendants' motion to dismiss as to the take-home flyer forum is DENIED;

4) Costs of appeal in the amount of $953.44 are hereby taxed against Defendants;

5) Plaintiffs are recognized as the prevailing parties, and Plaintiffs' request for an award of reasonable attorneys' fees and costs is hereby GRANTED. Accordingly, Plaintiffs are directed to file their second motion for an award of attorneys' fees and costs within thirty (30) days of the date of entry of this Order; and

6) All matters having been finally adjudicated between the parties, with the exception of a post-judgment determination on the second motion for attorneys' fees and costs, the Clerk is directed to designate this action CLOSED.

_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

Approved as to form:

_____/s/_____
Judith Bresler
Counsel for Defendants


_____/s/_____
Steven H. Aden
Counsel for Plaintiffs