IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| CHILD EVANGELISM FELLOWSHIP OF MARYLAND, INC., a Maryland not-for-profit corporation; and CHILD EVANGELISM FELLOWSHIP OF NORTHWEST MARYLAND, a Maryland association,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MONTGOMERY COUNTY PUBLIC SCHOOLS; JERRY D. WEAST, in his official capacity as Superintendent of Montgomery County Public Schools; PATRICIA O'NEILL, SHARON W. COX, KERMIT V. BURNETT, HENRY LEE, CHARLES HAUGHEY, WALTER N. LANGE, GABE ROMERO and SAGAR SANGHVI, in their official capacities as members of the Board of Education for Montgomery County,<br><br>    Defendants. | CASE NO.: 8:03-cv-00162-PJM<br><br>JUDGE PETER J. MESSITTE<br><br>JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIM FOR ATTORNEYS' FEES AND COSTS |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE OF CLAIM FOR ATTORNEYS' FEES AND COSTS**

COME NOW Plaintiffs Child Evangelism Fellowship of Maryland, Inc., a Maryland not-for-profit corporation; and Child Evangelism Fellowship of Northwest Maryland, a Maryland association, and Defendants Montgomery County Public Schools; Jerry D. Weast, in his official capacity as Superintendent of Montgomery County Public Schools; Patricia O'Neill, Sharon W. Cox, Kermit V. Burnett, Henry Lee, Charles Haughey, Walter N. Lange, Gabe Romero, and Sagar Sanghvi, in their official capacities as members of the Board of Education for Montgomery County, and, pursuant to the terms of the Settlement Agreement executed on March 23, 2007, incorporated herein by reference, and Rule 41(a)(1)(ii) of the Federal Rules of

Civil Procedure, hereby voluntarily dismiss with prejudice CEF's outstanding claim for attorneys' fees and costs. This dismissal finally disposes of all claims and all parties in the above-captioned matter.

Respectfully submitted this 15th day of May, 2007.

| COUNSEL FOR CHILD EVANGELISM FELLOWSHIP OF MARYLAND, INC., and CHILD EVANGELISM FELLOWSHIP OF NORTHWEST MARYLAND | COUNSEL FOR MONTGOMERY COUNTY PUBLIC SCHOOLS |
|---|---|
| _____/s/_____<br>Steven H. Aden (DC Bar No. 46777)<br>CENTER FOR LAW & RELIGIOUS FREEDOM<br>8001 Braddock Road, Suite 300<br>Springfield, VA  22151<br>Tel: (703) 642-1070<br>Fax: (703) 642-1075<br>saden@clsnet.org<br><br>H. Robert Showers (Fed. Bar No. 22836)<br>SIMMS SHOWERS, LLP<br>305 Harrison Street, SE<br>Third Floor<br>Leesburg, VA  20175<br>Tel:  (703) 771-4671<br>Fax:  (703) 771-4681<br>hrshowers@simmsshowers.com | _____/s/_____<br>Eric C. Brousaides<br>Judith S. Bresler<br>REESE & CARNEY, LLP<br>10715 Charter Drive<br>Columbia, MD  21044<br>Tel: (301) 621-5255<br>Fax: (301) 621-5273<br>ecb@reese-carney.com |